**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| BARBARA PALOMINO ALONSO<br><br>Plaintiff,<br>v.<br><br>STONEMOR PUERTO RICO, LLC<br>ET. AL.<br><br>Defendants, | ) | CIVIL NO.: 19-1052 (MEL) |

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 MAY 18 PM 1:09

# MOTION TO INFORM

TO THE HONORABLE COURT:

I, Barbara Palomino Alonso, pro se Plaintiff ("Plaintiff") pursuant to law hereby very respectfully presents this motion to inform the Court as follows:

I was first informed by another person not my lawyer, that the Court had issued an opinion and order dismissing my case with prejudice. Due to a combination of circumstances, I was simply unable to find an attorney that would represent me in this case and who would substitute attorney Vivian Ramos. She finally notified me of the opinion and order and judgment by email on May 7, 2021.

Attorney Ramos indicated to me that I had the right to reconsider and/or file an appeal but she has not responded to my emails to see whether such actions would be warranted at this point in time given that she did not file any oppositions on my behalf.

I just want to say that I respect the Judge's decision and I appreciate the time he gave me to get a new legal representation which was impossible for me. Since January 15th when the legal file came to my possession through attorney Alma Duran, I have had limited time to find a legal representation for my case due to my medical condition. Since January 6 of this year, I

have had two surgeries and have had to undergo other medical treatments and diagnostic tests, and my next major surgical intervention is scheduled for later this month.

In truth, my medical condition has prevented and limited me from finding another attorney to represent me in this case. If I had been in good health, I believe I would have found another attorney that would have represented me and would have opposed the dismissal of my case because the documents and the testimonies were clear that defendants had discriminated against me for my religious beliefs and national origin.

Respectfully informed, in San Juan, Puerto Rico, this 18th of May of 2021.

I hereby certify that copy of this motion was sent to defendant's attorney.

Barbara Palomino Alonso
Villa Cristobal
Calle Violeta #3, Apt. 906
Carolina, PR 00979